Submitted on record and brief October 25, affirmed without opinion November 3, 1972

STATE OF OREGON, *Respondent, v.* GLENN LaVAUGHN DENNIS (No. 1105), *Appellant.*

STATE OF OREGON, *Respondent, v.* GEORGE THOMAS TURNER (No. 1106), *Appellant.*

501 P2d 1303

Gary D. Babcock, Public Defender, Salem, for appellants.

Jesse R. Himmelsbach, Jr., District Attorney, Baker, for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED WITHOUT OPINION. ORS 19.180.